**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Civil 03-00576 DAE BMK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| One (1) Black 1986 Chevrolet Corvette CPE Hatchback Bearing Hawaii License Plate FFP-301, etc. | Default Judgment & Decree of Forfeiture |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshal
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Honolulu, Hawaii

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RACHEL S. MORIYAMA
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Rachel S. Moriyama, AUSA
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (808) 541-2850
DATE: 8/31/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 22 | District to Serve No. 22 | Signature of Authorized USMS Deputy or Clerk | Date: 8/31/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 27 2006
at 2 o'clock and 20 min. P M
SUE BEITIA, CLERK

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 02/23/06   Time: 4:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

**REMARKS:** The 1986 Corvette was sold at public auction for $6,100. The 1984 Corvette was sold at public auction for $4,000. The 1992 Blazer was sold at public auction for $6,400. The 1975 Porsche was sold at public auction for $8,100 on 09/10/04. Cashier's checks totalling $18,000 were forfeited and deposited into the Assets Forfeiture Fund. The Blue custom-built motorcycle was sold at public auction for $7,750 on 06/18/05. The jewelry was disposed of in accordance w/ law.

PRIOR EDITIONS MAY BE USED         **1. CLERK OF THE COURT**         FORM USM-285 (Rev. 12/15/80)